■ JOHN D. JUSTICE, Appellant, v STATE OF NEW YORK, Respondent. [914 NYS2d 66]—Appeal from an order of the Court of Claims (Collins, J.), entered March 2, 2010, which denied claimant's motion for summary judgment.

Order affirmed, upon the opinion of Judge Francis T. Collins.

Peters, J.P., Rose, Lahtinen, Kavanagh and Egan Jr., JJ., concur. Ordered that the order is affirmed, without costs.